UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE DIVERSIFIED SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-01816(RCL) |
| ) | |
| JOHN E. POTTER, MWAA ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Consent Motion To Withdraw Without Prejudice, it is this _6th_ day of _March 2020_, ~~2019~~, **ORDERED** that the Consent Motion To Withdraw Without Prejudice is **GRANTED**. _This case shall stand dismissed without prejudice._

_Royce C. Lamberth_
Honorable Judge

Copies:

Dominic G. Vorv, Esq.

MaryEva Candon, Esq.

Bruce P. Heppen, Esq.

Philip G. Sunderland, Esq.